IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

       Plaintiff,                         Case No. 1:15-CR-179

vs.                                           Hon. Gordon J. Quist

JOHNATHAN HOUSEMAN,

       Defendant.

---------------------------------------------/

**SUPPLEMENTAL SENTENCING MEMORANDUM**

The defendant is scheduled to be sentenced on October 6, 2016.

Subsequent to the submission of the original sentencing memorandum, counsel received a number of certificates which the defendant has received while he has been incarcerated:

    A. Certificate of Completion for Freedom from the Alcohol and Drug Lifestyle;

    B. Correspondence School Certificates for:

        a. Personal Witnessing and World Missions

        b. Adventures with Peter and Company

        c. Key Words of the Christian Life

        d. Ephesians

        e. A Life that's Real;

        f. John: An Eyewitness Report;

  g. Galatians;

  h. Romans; and

  i. John: An Eyewitness Report (2).

As the Court knows, the educational opportunities at the Newaygo County Jail are very limited.   The defendant has tried to make a productive and positive use of his time.

The defense respectfully asks the Court to consider these accomplishments as part of its sentencing deliberations.

          Respectfully submitted,

          FRANK STANLEY, P.C.

Date:  **September 26, 2016**  BY: /s/ Frank Stanley
            Frank Stanley (P28826)
            234 North Division Avenue, Suite 400
            Grand Rapids, MI 49503
            (616) 459-8600