UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

**Request for Modifying the Conditions or Term of Supervision with Consent of the Offender**
**(Probation Form 49, Waiver of Hearing is Attached)**

Name of Offender:  Johnathan Houseman                                             Case Number: 1:15CR00179-01

Name of Sentencing Judicial Officer: The Honorable Gordon J. Quist
                                                          U.S. District Judge

Date of Original Sentence: October 6, 2016

Original Offense: Count 1: Conspiracy to Distribute and Possess With Intent to Distribute an Unspecified Quantity of a Mixture or Substance Containing a Detectable Amount of MDMA, LSD, 50 Kilograms or More of Marijuana, and an Unspecified Quantity of Ketamine; 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(C)

Original Sentence: 54 months imprisonment and 3 years supervised release. Special Conditions: (1) substance abuse testing and treatment; (2) not possess alcoholic beverages or frequent alcohol establishments; (3) financial disclosure; (4) participate in cognitive behavioral therapy; (5) not associate with any codefendants. Special Assessment, $100.00 (paid).

Type of Supervision: Supervised Release                    Date Supervision Commenced: February 20, 2019
                                                                                      Expiration Date: February 19, 2022

## PETITIONING THE COURT

To modify the conditions of supervised release by adding Special Condition 6:

6. You must serve 2 consecutive weekends of intermittent confinement (6 days total) at the Newaygo County Jail, White Cloud, Michigan, as arranged by the Bureau of Prisons.  You must self-surrender for service of sentence at the Newaygo County Jail by 7 p.m. each Friday and must remain in custody until 7 p.m. each Sunday. Service of weekends will commence as directed by the Bureau of Prisons and the probation officer.

## CAUSE

On September 9, 2019, Mr. Houseman submitted a random urine sample at Alternative Directions, Grand Rapids, Michigan. On September 19, 2019, the sample returned presumptive positive for cocaine. On September 26, 2019, the sample was confirmed positive for cocaine by Alere National Laboratory, Gretna, Louisiana.

On October 2, 2019, Mr. Houseman reported to the probation office. He advised he did not knowingly use cocaine but could not dispute it was in his body when he provided a urine sample on September 9, 2019. Mr. Houseman was asked to explain further and provided an explanation that he believes someone intentionally gave him cocaine without his knowledge.

The above noncompliance represents the first violation for Mr. Houseman on supervised release. He has been employed full-time since the commencement of supervised release and lives in a stable residence with his girlfriend and her young child. While Mr. Houseman does have a significant substance abuse history, he successfully completed the Residential Drug and Alcohol Program (RDAP) while incarcerated and during discussions about his past drug use, he has been readily able to identify his triggers for drug use and coping skills for preventing substance abuse. In addition to the above modification, the probation office will continue to work with Mr. Houseman on his decision-making by utilizing cognitive skills and interventions. It is the hope of the undersigned officer that the combination of intermittent confinement and continued cognitive interventions will be sufficient to bring Mr. Houseman back into compliance and be successful moving forward.

**Previous Violations**

None

**U.S. Probation Officer Action:**

The offender agreed to the proposed modification and executed a Probation Form 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release, which is attached for the Court's review.

|  | Approved, |  | Respectfully submitted, |
|---|---|---|---|
| by | /s/ John H. Hyink | by | /s/ Thomas W. Mize |
|  | John H. Hyink |  | Thomas W. Mize |
|  | Supervisory U.S. Probation Officer |  | U.S. Probation Officer |
|  | Date: October 4, 2019 |  | Date: October 4, 2019 |

THE COURT ORDERS:

☐    No Action
☒    The Modification of Conditions as Noted Above
☐    Other

/s/ Gordon J. Quist
The Honorable Gordon J. Quist
U.S. District Judge

October 8, 2019
Date

PROB 49
(3/89)

# United States District Court

### Western District of Michigan

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

Johnathan Houseman
Docket No.: 1:15:CR179-01

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervision type or to the proposed extension of my term of supervision:

To add special condition number 6 to read as follows:

6. You must serve 2 consecutive weekends of intermittent confinement (6 days total) at the Newaygo County Jail, White Cloud, Michigan, as arranged by the Bureau of Prisons. You must self-surrender for service of sentence at the Newaygo County Jail by 7 p.m. each Friday and must remain in custody until 7 p.m. each Sunday. Service of weekends will commence as directed by the Bureau of Prisons and the probation officer.

Witness _____
(U.S. Probation Officer)

Signed _____
Johnathan Houseman

10-2-19
(Date)