UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHNATHAN HOUSEMAN,

    Defendant.
_____/

Case No. 1:15:CR:179:01

HON. GORDON J. QUIST

## ORDER GRANTING EARLY TERMINATION OF SUPERVISED RELEASE

Defendant, Johnathan Houseman, has filed a motion requesting an early termination of supervised release. (ECF No. 183.) Neither the government nor the probation officer opposes the motion. (ECF No. 185.)

Section 3583(e) of Title 18 of the United States Code provides for modification and termination of a term of supervised release. After considering certain statutory factors in § 3553(a), a court may terminate a term of supervised release after one year of supervised release if the court finds that early termination "is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). The Court has considered the factors in 18 U.S.C. § 3553(a)(1)-(7). Houseman has a strong employment history and has fully complied with his conditions of supervised release. Having reviewed the record, the Court finds that the interest of justice warrants an early termination of Houseman's supervised release. 18 U.S.C. § 3583(e)(1).

2

**Therefore, IT IS HEREBY ORDERED** that Houseman's motion is **granted** and his supervised release is terminated as of the date of this order.

Dated: July 23, 2021                              /s/ Gordon J. Quist
                                                                   GORDON J. QUIST
                                                           UNITED STATES DISTRICT JUDGE